Miles Woodlief (SBN124467)
Archer™
775 East Blithedale Avenue
Suite 514
Mill Valley, California
phone: (415) 730-3032
facsimile:(415) 366-2956
miles@thearcherfirm.com

Attorney for Defendant Nutrition 53, Inc.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM T. ROMANOWSKI, a.k.a. BILL ROMANOWSKI, JULIE I. ROMANOWSKI and NUTRITION 53 INC.,<br><br>Defendants. | Case No.: 4:23-cv-03003-DMR<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Miles Archer Woodlief, hereby enters an appearance as counsel for Defendant Nutrition 53, Inc. in the above-referenced action. Please serve Mr. Woodlief with all pleadings and notices in this action at the following address:

Miles Woodlief
Archer™
775 East Blithedale Avenue
Suite 514
Mill Valley, California
phone: (415) 730-3032
facsimile:(415) 366-2956
miles@thearcherfirm.com

Notice of Appearance    - 1

Dated: June 27, 2023

By: _____
Miles Archer Woodlief
Attorney at Law
775 East Blithedale Ave., #514
Mill Valley, CA 94941
phone: (415) 730-3032
facsimile:(415) 366-2956


# CERTIFICATE OF SERVICE

I, Miles Archer Woodlief, hereby certify that, on June 27, 2023, I electronically filed NOTICE OF APPEARANCE OF MILES ARCHER WOODLIEF ON BEHALF OF DEFENDANT NUTRITION 53, INC. with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Dated: June 27, 2023

By: _____
Miles Archer Woodlief
Attorney at Law
775 East Blithedale Ave., #514
Mill Valley, CA 94941
phone: (415) 730-3032
facsimile:(415) 366-2956