DAVID A. HUBBERT
Deputy Assistant Attorney General

KHASHAYAR ATTARAN (Florida, 127091)
CHARLES M. Duffy (District of Columbia, 422919)
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 307-6406 (Duffy)
                    (202) 514-6056 (Attaran)
Facsimile:    (202) 307-0054
Charles.M.Duffy@usdoj.gov
Khashayar.Attaran@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> *v.* <br><br> WILLIAM T. ROMANOWSKI, a.k.a. BILL ROMANOWSKI, JULIE I. ROMANOWSKI and NUTRITION 53 INC., <br><br> Defendants. | Case No. 4:23-cv-03003-YGR <br><br> [PROPOSED] ORDER RECOGNIZING DISMISSAL OF BANKRUPTCY CASE AGAINST WILLIAM T. ROMANOWSKI AND JULIE I. ROMANOWSKI, AND SETTING HEARING ON UNITED STATES' MOTION FOR DEFAULT JUDGMENT |

This matter is before the Court on the United States' Notice that defendant's, William T. and Julie I. Romanowskis (the "Romanowskis"), bankruptcy case was dismissed, and request for a hearing on the United States' Motion for Default Judgment against the Romanowskis.

[Proposed] Order

The Court finds, and hereby **ORDERS** that:

1. The bankruptcy case against the Romanowskis was dismissed on May 15, 2024. *See In re William T Romanowski and Julie I Romanowski*, Case Number 24−40613, ECF No. 19. CN (N.D.Cal.);

2. A hearing on the United States' Motion for Default Judgment against the Romanowskis is set for ~~June 7, 2024, at 01:00 PM~~ June 10, 2024 at 11:00 AM in San Francisco, Courtroom F, 15th Floor before Magistrate Judge Peter H Kang.

**IT IS SO ORDERED.**

Dated this 17th day of May, 2024.

Peter H Kang
United States Magistrate Judge

[~~Proposed~~] Order